IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 2 8 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MUHAMMED RAHIM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 09-1385 (PLF) |
| ) | |
| BARACK OBAMA, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

[~~PROPOSED~~] ORDER

The Court, having fully considered Respondents' Unopposed Motion for Extension of Time to File Factual Return, filed September 24, 2009, hereby **ORDERS** that the Motion be **GRANTED**.

Respondents shall have through and including Monday, November 9, 2009 to file a factual return for Petitioner Muhammed Rahim (ISN 10029).

IT IS SO **ORDERED**, this 25t day of September, 2009.

Paul L. Friedman
United States District Judge