IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 15 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MUHAMMED RAHIM, )
)
Petitioner, )
)
v. )  Civil Action No. 09-1385 (PLF)
)
BARACK OBAMA, )
President of the United States, *et al.*, )
)
Respondents. )

[~~PROPOSED~~] **ORDER**

The Court, having considered the parties' Joint Status Report filed December 14, 2009,

hereby **ORDERS** that the parties submit a joint status report regarding discovery ~~within thirty~~ on January 15, 2009 ~~(30) days of the date of this order.~~

IT IS SO **ORDERED**, this 15th day of December, 2009.

_____
Paul L. Friedman
United States District Judge