IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMED RAHIM, ) | **FILED** |
| ) | MAR - 2 2010 |
| Petitioner, ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| v. ) | U.S. DISTRICT COURT |
| ) | Civil Action No. 09-1385 (PLF) |
| BARACK OBAMA, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

[PR~~OPOS~~ED] ORDER

The Court, having considered the Parties' Joint Motion and Status Report filed February 26, 2010, hereby **ORDERS** that the Parties submit a joint status report regarding discovery by April 2, 2010.

IT IS SO **ORDERED**, this ___1st___ day of ___March___, 2010.

_____
Paul L. Friedman
United States District Judge