UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMED RAHIM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 09-1385 (PLF) |
| ) | |
| JOSEPH R. BIDEN, ) | |
| President of the United States, et al., ) | |
| ) | |
| Respondents. ) | |

MEMORANDUM OPINION AND ORDER

      The Court has before it Respondents' Motion for Extension of Time and Status Report Regarding Automatic Discovery ("Respondents' Motion") [Dkt. No. 189]. Following a classified hearing on March 26, 2024, the Court issued a Memorandum Opinion and Order on April 8, 2024, directing Respondents to give priority to this case over other pending habeas corpus petitions except Civil Action No. 08-1360. See Memorandum Opinion and Order of April 8, 2024 at 2-3 [Dkt. No. 197]. It also ordered respondents to be prepared at the next status conference to set firm deadlines for producing the remaining documents for discovery and for filing an Amended Factual Return. Id. at 3. Respondents filed a status report on April 15, 2024, notifying the Court that discovery in Civil Action No. 08-1360 will not be completed by the upcoming May 31, 2024 discovery deadline and describing the limits on the government's detainee-related classified document clearance resources. See Respondents' Status Report Regarding Automatic Discovery in Light of the Court's April 8, 2024 Order [Dkt. No. 198].

      On May 1, 2024, the Court held a status conference, at which time Respondents reported that they had sent the Court's April 8, 2024 order to the relevant agencies for document

clearance. Respondents also proposed a firm deadline for automatic discovery of October 18, 2024, and a firm deadline for filing the Amended Factual Return of December 19, 2024. Petitioner maintained his objection to Respondents' Motion but agreed that the Court should set firm deadlines for these steps to be completed as soon as is feasible.

In light of the parties' arguments and representations, it is hereby

ORDERED that discovery and related proceedings shall proceed according to the schedule set out below:

Respondents shall file status reports documenting their progress toward these firm deadlines every 45 days, specifically, on or before June 14, 2024, July 29, 2024, and September 12, 2024.

Respondents shall complete automatic discovery by October 19, 2024.

Respondents shall file an updated status report on or before October 25, 2024.

The parties shall appear via Zoom videoconference for a status conference on November 1, 2024 at 11:00 a.m. to update the Court regarding the status of this case.

Respondents shall file an Amended Factual Return on or before December 19, 2024; it is

FURTHER ORDERED that no additional extensions of time shall be granted; and it is

FURTHER ORDERED that Petitioner may request a status conference at any time following the filing of Respondents' progress reports.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/3/24

2