IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMED RAHIM,<br><br>    Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Respondents. | Civil Action No. 09-CV-1385 (PLF) |

**RESPONDENTS' NOTICE OF FILING OF
CLASSIFIED OPPOSITION TO PETITIONER'S
<u>MOTION TO COMPEL DISCLOSURE</u>**

NOTICE is hereby given that on June 27, 2025, Respondents filed, through the Classified Information Security Officer, Respondents' classified Opposition to Petitioner's Motion to Compel Disclosure.

Dated: June 27, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

<u>/s/ Daniel M. Barish</u>
KRISTINA A. WOLFE
DANIEL M. BARISH (DC Bar No. 448263)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

Tel: (202) 305-8970
E-mail: Daniel.Barish@usdoj.gov

Attorneys for Respondents